

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00542-CV

BRAZORIA COUNTY, Appellant

V.

EUGENE ELDRIDGE AND RAYMOND PERRY, Appellees

Appeal from the 149th District Court of Brazoria County. (Tr. Ct. No. 69510).

This case is an appeal from the order denying Brazoria County's plea to the jurisdiction signed by the trial court on June 10, 2105. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order. Accordingly, the Court **reverses** the trial court's June 10, 2015 order. The Court further **renders** judgment dismissing the claims of Eugene Eldridge and Raymond Perry.

The Court orders that the appellees, Eugene Eldridge and Raymond Perry, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 8, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Higley.